# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSAIDA GONZALEZ ALEAGA, | Case No.: 2:25-cv-01210-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| MOHINDER SINGH, et al., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule. I remind the corporate defendants that their citizenship is determined by both their place of incorporation and where they have their principal place of business. *See* 28 U.S.C. § 1332(c)(1).

I FURTHER ORDER these parties to file a proper certificate of interested parties by July 22, 2025.

DATED this 8th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE