# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSAIDA GONZALEZ ALEAGA, | Case No.: 2:25-cv-01210-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| MOHINDER SINGH, et al., | |
| Defendants | |

The plaintiff's complaint is confusing regarding who are the defendants in this case. The complaint's caption identifies the defendants as Mohinder Singh, MSJ Trucking Inc., and RDI Express Inc. ECF No. 1 at 6. But the complaint's allegations also identify Yosvani Fernandez Ramirez as a defendant. *Id.* at 7-8. Thus, I order the plaintiff to clarify whether Ramirez is a named defendant in this action and, if he is, his citizenship because the other defendants have removed the case to this court based on diversity jurisdiction.

I THEREFORE ORDER that by July 22, 2025, plaintiff Osaida Gonzalez Aleaga must file either (1) an amended complaint adding Yosvani Fernandez Ramirez as a named defendant in the case caption and alleging his citizenship for diversity jurisdiction purposes or (2) a status report stating that Yosvani Fernandez Ramirez is not a named defendant in this case and thus his citizenship would not matter for diversity jurisdiction.

I FURTHER ORDER that by July 31, 2025, defendants Mohinder Singh, MSJ Trucking Inc., and RDI Express Inc. may respond with respect to how Yosvani Fernandez Ramirez's presence in the case impacts whether the court has diversity jurisdiction in this case.

DATED this 8th day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE