# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSAIDA GONZALEZ ALEAGA, | Case No.: 2:25-cv-01210-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| MOHINDER SINGH, et al., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 11) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule. Although the certificate identifies the citizenship of MSJ Trucking Inc. and RDI Express Inc., it does not identify the citizenship of the individual defendant, Mohinder Singh.

I FURTHER ORDER these parties to file a proper certificate of interested parties by August 4, 2025.

DATED this 21st day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE